In the Matter of HENRY C. LITTICK, an Attorney, Appellant.

MORTIMER W. BYERS, Respondent.

(Argued April 8, 1930; decided May 6, 1930.)

*Charles H. Kelby* for appellant.

*Harold M. Kennedy* and *Meier Steinbrink* for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.